IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HARTFORD LIFE AND ANNUITY**
**INSURANCE COMPANY,**

    Plaintiff,

v.                                            Case No. 13-1276-DRH-PMF

**PETER J. KLINGER; VICTORIA L.**
**CONKRITE, individually; VICTORIA L.**
**CONKRITE, as the Executor of the ESTATE**
**OF BURLENE KLINGER; RICHARD COPE,**
**and STEVEN S. KLINGER,**

    Defendants.

## AGREED ORDER

**HERNDON, Chief Judge:**

    Comes now Defendants, VICTORIA L. CONKRITE, individually; VICTORIA L. CONKRITE, as Executor of the ESTATE OF BURLENE KLINGER; RICHARD COPE; and STEVEN S. KLINGER, by and through their attorney, CLIFFORD C. EMONS, and PETER J. KLINGER, Pro Se, and agree to the entry of an Order resolving the above-referenced matter as follows:

    The Clerk of the above-referenced Court is hereby ordered to distribute the $36,928.85 deposited by Hartford Life and Annuity Insurance Company with this Court as follows and send said checks to the following persons at the following addresses in the amounts indicated:

    Peter J. Klinger                          $10,000.00
    3714 Wickenhauser Ave.
    Alton, IL 62002

    Victoria L. Conkrite                      $8,976.28
    1801 Kodiak Dr.

Colorado Springs, CO 80910

Richard Cope                           $8,976.28
2366 Little River Rd. N.W.
Ash, NC 28420

Steven S. Klinger                      $8,976.29
2813 Saratoga St.
Granite City, IL 62040

Upon distribution of the $36,928.85 being held by the Clerk of the Court to the persons indicated above, this case shall be dismissed with prejudice. Each party to bear their own costs in this matter.

**IT IS SO ORDERED.**

**Signed this 15th day of May, 2014.**

Digitally signed by David R. Herndon
Date: 2014.05.15 14:21:05 -05'00'

**Chief Judge
U.S. District Court**

This Order is approved and agreed to by the undersigned:

Victoria Conkrite, Richard Cope & Steven Klinger

By: /s/ Clifford C. Emons
      Clifford C. Emons, Their attorney


   /s/ Peter J. Klinger
Peter J. Klinger