UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

HARTFORD LIFE AND
ANNUITY INSURANCE COMPANY,

    Plaintiff,

v.

PETER J. KLINGER et al,

    Defendants.                                 No. 13-cv-1276-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 5, 2014, this case is **DISMISSED** with prejudice.

                                  JUSTINE FLANAGAN,
                                  ACTING CLERK OF COURT


                                BY:      /s/*Caitlin Fischer*
                                             **Deputy Clerk**

Dated:   July 14, 2014

                        Digitally signed by
                        David R. Herndon
                        Date: 2014.07.14
APPROVED:          13:58:13 -05'00'
        CHIEF JUDGE
        U. S. DISTRICT COURT